

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**



**United States Bankruptcy Judge**

**Signed January 20, 2011**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BROADSTAR WIND SYSTEMS | § | Case No. 10-33373-BJH |
| GROUP LLC, *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |

### ORDER DENYING DEBTORS' AMENDED MOTION FOR AUTHORITY TO SELL SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES SUBJECT TO HIGHER AND BETTER OFFERS

Upon BroadStar Wind Systems Group LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") Amended Motion For Authority to Sell Substantially All Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Subject to Higher and Better Offers (the "Motion"), (Docket No. 234); and the Court having jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and notice of the Motion being proper and no other or further notice being required; and upon the hearing on the Motion held January 5, 2011, it is hereby

**ORDER DENYING MOTION TO SALE ALL ASSETS**
DAL:787811.1

**ORDERED** that the Motion be, and it hereby is, denied without prejudice to refiling the Motion.

### END OF ORDER ###

**ORDER DENYING MOTION TO SALE ALL ASSETS**

DAL:787811.1