Jason S. Brookner
State Bar No. 24033684
Monica S. Blacker
State Bar No. 00796534
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BROADSTAR WIND SYSTEMS | § | Case No. 10-33373-11 |
| GROUP LLC, *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF PUBLISHED BID PROCEDURE

PLEASE TAKE NOTICE that the Notice of Bid Procedure was published in the Wall Street Journal for national distribution on January 26, 2011 in the form attached to the publisher's Affidavit as Exhibit "A" attached hereto, per the Court's Order (A) Approving Bid Procedures; and (B) the Form and Manner of Notices and (C) Setting Sale Hearing (the "Order") (Docket No. 268).

Respectfully submitted this 31st day of January, 2011.

                    **ANDREWS KURTH LLP**

                    By: /s/Monica S. Blacker
                         Jason S. Brookner
                         Texas State Bar No. 24033684
                         Monica S. Blacker
                         Texas State Bar No. 00796534
                  1717 Main Street, Suite 3700
                  Dallas, Texas 75201
                  Telephone:    (214) 659-4400
                  Facsimile:     (214) 659-4401
                  Email:           jbrookner@akllp.com
                                      mblacker@akllp.com

                  **ATTORNEYS FOR THE**
                  **DEBTORS AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of January, 2011, she caused a true and correct copy of the foregoing document to be delivered to the Office of the United States Trustee, 976 Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242 and the parties appearing on the attached Service List via first class United States mail, postage prepaid and, where possible, via electronic mail

                                        /s/Monica S. Blacker
                                        Monica S. Blacker

# **EXHIBIT A**

# AFFIDAVIT

**STATE OF TEXAS** )
) ss:
**CITY AND COUNTY OF DALLAS**)

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): January 26, 2011; pertaining to: Broadstar Wind Systems Group LLC, et al.; and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
26th day of January, 2011.


_____
Notary Public

> DONNA HESTER
> Notary Public, State of Texas
> My Commission Expires
> October 29, 2014

# BANKRUPTCIES

**ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re:
BROADSTAR WIND SYSTEMS
GROUP LLC, et al.,

Debtors.

Chapter 11

Case No. 10-33373-BJH

Jointly Administered

## NOTICE OF BID PROCEDURE

**PLEASE TAKE NOTICE** that on January 11, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 254] (the "Bid Procedures and Sale Motion") with the United States Bankruptcy Court for the District of Texas, Dallas Division (the "Bankruptcy Court"). The Bankruptcy Court approved the Bid Procedures (the "Bid Procedures"), which set key dates, times and procedures related to the sale of substantially all of the Debtors' assets (the "Assets"). **All interested bidders should carefully read the Bid Procedures.** To the extent that there are any inconsistencies between the Bid Procedures and the summary description of the terms and conditions contained in this Notice, the terms of the Bid Procedures shall control. The Debtors have been and will continue to market the Assets in advance of the Auction. To be eligible to participate in the Auction, each Bid and each Bidder must be determined by the Debtors to comply with the conditions for a Qualified Bid set forth in the Bid Procedures. The deadline to submit a Qualified Bid is February 16, 2011 at 4:00 p.m. (CST) (the "Bid Deadline"). To be considered, any Bid must comply with the requirements for a "Qualified Bid" set forth in the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, an Auction will be conducted at the offices of Debtors' counsel, Andrews Kurth LLP, at 1717 Main Street, Suite 3700, Dallas, Texas 75201, or at another location as may be timely disclosed by the Debtors to all Qualified Bidders, on February 18, 2011 at 10:00 a.m. (CST), or such later time on such day or other place as the Debtors shall notify all Qualified Bidders who have submitted Qualified Bids, if a Qualified Bid is timely received.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to confirm the results of the Auction and approve the transactions contemplated in the Bid Procedures and Sale Motion to the Successful Bidder at the Auction (the "Sale Hearing") on February 22, 2011 at 3:15 p.m. (CST), or at such time thereafter as counsel may be heard. The Sale Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than such adjournment announced in open court or a notice of adjournment filed with the Bankruptcy Court and served on Notice Parties and the entities who have filed objections to the Bid Procedures and Sale Motion, without further notice to other parties in interest. Objections, if any, to the sale of the Assets to the Successful Bidder must: (a) be in writing and filed with the Court no later than 4:00 p.m. (CST) on February 21, 2011, and be served such that they are actually received by counsel for the Debtors, Andrews Kurth LLP, at 1717 Main Street, Suite 3700, Dallas, Texas 75201, Attn: Monica S. Blacker, Esq.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the full terms and conditions of the Bid Procedures, which shall control in the event of any conflict with this Notice. The Debtors encourage parties in interest to review such documents in their entirety. A copy of the Bid Procedures may be obtained for a fee via PACER or by written request to counsel for the Debtors at monicablacker@andrewskurth.com.