Jason S. Brookner
State Bar No. 24033684
Monica S. Blacker
State Bar No. 00796534
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401
**ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BROADSTAR WIND SYSTEMS | § | Case No. 10-33373 |
| GROUP LLC, *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FEBRUARY 22, 2011 AT 3:15 P.M.**

BroadStar Wind Systems Group LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors" or the "Company"),[1] by and through their undersigned counsel, hereby submit the following Witness and Exhibit List in support of the matters currently set for hearing on Tuesday**, February 22, 2011 at 3:15 p.m.** Debtors may call any or all of the Witnesses listed below to testify in their behalf at the hearing, and use any or all of the Exhibits listed below:

**WITNESSES**

1. Roy King or other Company representative;

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: BroadStar Wind Systems Group LLC ("BWSG") (2489), Broadstar Wind Systems Management LLC ("BWSM") (8805), Broadstar Wind Systems LP ("BWS") (8806), BroadStar Developments Management LLC ("BDM") (8582), BroadStar Developments LP ("BD") (8597). The Debtors' corporate headquarters are located at 1440 Regal Row, Suite 250, Dallas, TX 75247.

2. Jeff Swigget or other VR Business Sales representative;

3. Jim Barnes or other DIP Lender representative;

4. Any rebuttal witnesses; and

5. Any witness listed or called by any other party in interest.

## **EXHIBITS**

1. Notice of Bid Procedure published in the Wall Street Journal on January 26, 2011;

2. Affidavit executed by the Wall Street Journal;

3. Notice of Published Bid Procedure (Docket No. 274);

4. Listing of parties contacted by VR Business Sales and summary of results;

6. Proposed Asset Purchase Agreement;

7. Any and all rebuttal documents; and

8. Any and all documents listed or used by any other party in interest.

Debtors reserve the right to hereafter supplement this list as appropriate.

Respectfully submitted this 17th day of February, 2011.

        **ANDREWS KURTH LLP**

        By: /s/ Monica S. Blacker
           Jason S. Brookner
           Texas State Bar No. 24033684
           Monica S. Blacker
           Texas State Bar No. 00796534
        1717 Main Street, Suite 3700
        Dallas, Texas 75201
        Telephone:   (214) 659-4400
        Facsimile:    (214) 659-4401
        jbrookner@akllp.com
        mblacker@akllp.com

        **ATTORNEYS FOR THE**
        **DEBTORS AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 17th day of February, 2011, she caused a true and correct copy of the foregoing document to be served upon the Office of the United States Trustee, 976 Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242 and the parties appearing on the attached Service List via first class United States mail, postage prepaid and, where possible, via electronic mail.

                                            /s/Monica S. Blacker
                                            Monica S. Blacker

**In re: BroadStar, 10-33373
Service List 11-1-2010**

| | |
|---|---|
| Buzzwork<br>TXS Industrial Design<br>11999 Plano Road, Suite 190<br>Dallas, TX  75243 | Heinman Family Limited Partnership<br>2 Winfield Pointe Lane<br>St. Louis, MO  63141 |
| Fabricon, Inc.<br>8804 Chancellor Row<br>Dallas, TX 75247 | Red Car Restorations, Inc.<br>2543 FM 1139<br>Rockwall, TX 75032 |
| Custom Trailer Solutions<br>160 W. Carmel Drive, Suite 281<br>Carmel, IN  46032 | The Danamraj Law Group, P.C.<br>5910 N. Central Expressway<br>Ste. 1450<br>Dallas, TX  75206 |
| Met Laboratories, Inc.<br>914 West Patapsco Ave.<br>Baltimore, MD 21230 | Digital Criterion<br>1133 Broad Street, #701<br>New York, NY 10010 |
| Astra, Inc.<br>1660 NW 65th Ave., Ste. 1<br>Plantation, FL 33313 | SolidBox<br>4825 Weidmar Lane #100<br>Austin, TX  78745 |
| Invention House, LLC<br>414 E. Clinton Place<br>Kirkwood, MO 63122 | Barnum & Celillo Electric, Inc.<br>3900 Taylor Street<br>Sacramento, CA  95838 |

DAL:766950.1

Roy C. King
1440 Regal Row, Suite 250
Dallas, TX 75246

High Profile, Inc.
4841 LBJ Freeway, Ste 500
Dallas, TX 75244

Robert Sarfatis
Gardere Wynne Sewell
1601 Elm Street
Suite 3000
Dallas, TX 75201

John T. Del Negro
Law Offices of John T. Del Negro, LLC
105 Court Street, Suite 304
New Haven, CT 06511-6957

JPMorgan Chase Bank
Attn: Annastasia Ulmer
2200 Ross Ave.
Dallas, TX 75201

Sovereign Bank
17950 Preston Rd., Suite 500
Dallas, TX 75252

Mary Frances Durham
UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

Paster, West & Kraner, p.c.
138 N. Meramec Avenue
St. Louis, Missouri 63105

Regional Marine Industries, Inc.
2300 Jetport Drive
Orlando, FL 32809-7895

MSC Software Corporation
P.O. Box 409734
Atlanta, GA 30384

Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103

Green Mountain Energy
P.O. Box 65001
Dallas, TX 75265-0001

Apollo Staffing, Inc.
P.O. Box 1103
Social Circle, GA 30029

Atlas Machine and Welding Services Inc.
860 S. Broadway Street
Joshua, TX 76058

DAL:766950.1

Gardere Wynn Sewell LLP
1601 Elm Street
3000 Thanksgiving Tower
Dallas, TX  75201

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*Counsel for Dallas County*

Thomas V. Malorzo
P.O. Box 59286
Dallas, TX 75229-1283
*Counsel for Thomas G. Stephens
and T.G. Stephens Capital, L.L.C.*

Southwest Office Systems, Inc.
P.O. Box 612248
DFW Airport, TX 75261

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
*Counsel for Mogo Interests, LLC and Mercury
Communications Services, Inc.*

Melissa S. Hayward
Franklin Skierski Lovall Haward LLP
10501 N. Central Expy, Ste. 106
Dallas, TX 75201
*Counsel for Heinman Family Limited Partnership*

Scott D. Johannessen
Law Office of Scott D. Johannessen
3200 West End Avenue, Suite 500
Nashville, TN 37203
*Counsel for Etcetera LLC*

Stephanie D. Curtis; Mark A. Castillo
Sarah A. Walters
The Curtis Law Firm, PC
901 Main Street, Suite 6515
Dallas, TX 75202
*Counsel for Stephen Else*

Mercury Communication Services, Inc.
1283 Record Crossing
Dallas, Texas 75235

Broadstar Investment Company, LLC
10 Columbus Blvd., 4th Floor
Hartford, Connecticut 06106