SCOTT D. JOHANNESSEN
LAW OFFICES OF SCOTT D. JOHANNESSEN
CA SBN 128841; TN BPRN 26767
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile:  877.863.5401
E-Mail: scott@sdjnet.com

*Attorney for Etcetera, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
|  | § |  |
| **BROADSTAR WIND SYSTEMS** | § | **Case No. 10-33373-BJH** |
| **GROUP LLC, et al.,** | § |  |
|  | § | **Jointly Administered** |
| Debtors. | § |  |

### REQUESTS FOR JUDICIAL NOTICE

Pursuant to Fed. R. Evid. 201 and other legal authority as referenced hereinafter, Etcetera hereby requests that the Courts take judicial notice (hereinafter "RJN") of the following matters in support of its Objections to Sale of Intellectual Property filed concurrently herewith:

| Exhibit Number | RJN Bates Number | TXNB Docket Filing Date | Description [1] | Legal Authority |
|---|---|---|---|---|
| 1 | 000001-000008 | 05/11/10 | BWSG – Chapter 11 Petition | A1, A2 |
| 2 | 000009-000022 | 06/11/10 | BWSG – Schedules | A1, A2 |

---

[1] As used herein, the following entity abbreviations apply: BroadStar Wind Systems Group LLC ("BWSG"), BroadStar Developments LP ("BD"), BroadStar Developments Management LLC ("BDM"), BroadStar Wind Systems Management LLC ("BWSM"), and BroadStar Wind Systems LP ("BWS").

| **Exhibit Number** | **RJN Bates Numbers** | **Docket Filing Date** | **Description** | **Legal Authority** |
|---|---|---|---|---|
| 3 | 000023-000031 | 06/21/10 | BWSG – Monthly Operating Report | A1, A2 |
| 4 | 000032-000040 | 07/16/10 | BWSG – Monthly Operating Report | A1, A2 |
| 5 | 000041-000049 | 08/18/10 | BWSG – Monthly Operating Report | A1, A2 |
| 6 | 000050-000058 | 09/20/10 | BWSG – Monthly Operating Report | A1, A2 |
| 7 | 000059-000067 | 10/20/10 | BWSG – Monthly Operating Report | A1, A2 |
| 8 | 000068-000076 | 11/22/10 | BWSG – Monthly Operating Report | A1, A2 |
| 9 | 000077-000085 | 12/20/10 | BWSG – Monthly Operating Report | A1, A2 |
| 10 | 000086-000094 | 01/19/11 | BWSG – Monthly Operating Report | A1, A2 |
| 11 | 000095-000102 | 05/11/10 | BD – Chapter 11 Petition | A1, A2 |
| 12 | 000103-000116 | 06/11/10 | BD – Schedules | A1, A2 |
| 13 | 000117-000125 | 06/21/10 | BD – Monthly Operating Report | A1, A2 |
| 14 | 000126-000134 | 07/16/10 | BD – Monthly Operating Report | A1, A2 |
| 15 | 000135-000143 | 08/18/10 | BD – Monthly Operating Report | A1, A2 |
| 16 | 000144-000152 | 09/20/10 | BD – Monthly Operating Report | A1, A2 |
| 17 | 000153-000161 | 10/20/10 | BD – Monthly Operating Report | A1, A2 |
| 18 | 000162-000170 | 11/22/10 | BD – Monthly Operating Report | A1, A2 |
| 19 | 000171-000179 | 12/20/10 | BD – Monthly Operating Report | A1, A2 |
| 20 | 000180-000188 | 01/20/11 | BD – Monthly Operating Report | A1, A2 |
| 21 | 000189-000196 | 05/11/10 | BDM – Chapter 11 Petition | A1, A2 |

| Exhibit Number | RJN Bates Numbers | Docket Filing Date | Description | Legal Authority |
|---|---|---|---|---|
| 22 | 000197-000210 | 06/11/10 | BDM – Schedules | A1, A2 |
| 23 | 000211-000219 | 06/21/10 | BDM – Monthly Operating Report | A1, A2 |
| 24 | 000220-000228 | 07/16/10 | BDM – Monthly Operating Report | A1, A2 |
| 25 | 000229-000237 | 08/18/10 | BDM – Monthly Operating Report | A1, A2 |
| 26 | 000238-000246 | 09/20/10 | BDM – Monthly Operating Report | A1, A2 |
| 27 | 000247-000255 | 10/20/10 | BDM – Monthly Operating Report | A1, A2 |
| 28 | 000256-000264 | 11/22/10 | BDM – Monthly Operating Report | A1, A2 |
| 29 | 000265-000273 | 12/20/10 | BDM – Monthly Operating Report | A1, A2 |
| 30 | 000274-000282 | 01/19/11 | BDM – Monthly Operating Report | A1, A2 |
| 31 | 000283-000290 | 05/11/10 | BWSM – Chapter 11 Petition | A1, A2 |
| 32 | 000291-000304 | 06/11/10 | BWSM – Schedules | A1, A2 |
| 33 | 000305-000313 | 06/21/10 | BWSM – Monthly Operating Report | A1, A2 |
| 34 | 000314-000322 | 07/16/10 | BWSM – Monthly Operating Report | A1, A2 |
| 35 | 000323-000331 | 08/18/10 | BWSM – Monthly Operating Report | A1, A2 |
| 36 | 000332-000340 | 09/20/10 | BWSM – Monthly Operating Report | A1, A2 |
| 37 | 000341-000349 | 10/20/10 | BWSM – Monthly Operating Report | A1, A2 |
| 38 | 000350-000358 | 11/22/10 | BWSM – Monthly Operating Report | A1, A2 |
| 39 | 000359-000367 | 12/20/10 | BWSM – Monthly Operating Report | A1, A2 |
| 40 | 000368-000376 | 01/19/11 | BWSM – Monthly Operating Report | A1, A2 |

| Exhibit Number | RJN Bates Numbers | Docket Filing Date | Description | Legal Authority |
|---|---|---|---|---|
| 41 | 000377-000384 | 05/11/10 | BWS – Chapter 11 Petition | A1, A2 |
| 42 | 000385-000400 | 06/11/10 | BWS – Schedules | A1, A2 |
| 43 | 000401-000411 | 06/21/10 | BWS – Monthly Operating Report | A1, A2 |
| 44 | 000412-000421 | 07/16/10 | BWS – Monthly Operating Report | A1, A2 |
| 45 | 000422-000431 | 08/18/10 | BWS – Monthly Operating Report | A1, A2 |
| 46 | 000432-000441 | 09/20/10 | BWS – Monthly Operating Report | A1, A2 |
| 47 | 000442-000451 | 10/20/10 | BWS – Monthly Operating Report | A1, A2 |
| 48 | 000452-000463 | 11/22/10 | BWS – Monthly Operating Report | A1, A2 |
| 49 | 000464-000474 | 12/20/10 | BWS – Monthly Operating Report | A1, A2 |
| 50 | 000475-000484 | 01/19/11 | BWS – Monthly Operating Report | A1, A2 |
| 51 | 000485-000502 | 05/11/10 | Declaration of Roy C. King | A1, A2 |
| 52 | 000503-000513 | 06/11/10 | BD – Statement of Financial Affairs | A1, A2 |
| 53 | 000514-000515 | 12/20/10 | TXND District Court – Judgment | A1, A2, A3 |
| 54 | 000516-000517 | 01/03/11 | TXND District Court – Appeal | A1, A2, A3 |
| 55 | 000518-000521 | 01/04/11 | TXNB Bankruptcy Court – Appeal | A1, A2 |
| 56 | 000522-000535 | 01/10/11 | Debtors' Proposed Sale Agreement | A1, A2 |
| 57 | 000536-000554 | 02/20/11 [2] | USPTO Record of Patent 366 | A1, A2, A3 |
| 58 | 000555-000567 | 02/20/11 [2] | USPTO Record of Patent 828 | A1, A2, A3 |

---

[2] Date record accessed and downloaded from USPTO website.

| Exhibit Number | RJN Bates Numbers | Docket Filing Date | Description | Legal Authority |
|---|---|---|---|---|
| 59 | 000568-000579 | 02/20/11 [2] | USPTO Record of Patent 448 | A1, A2, A3 |
| 60 | 000580-000928 | 10/04/10 | Etcetera Objections | A1, A2 |
| 61 | 000929-000956 | 01/03/11 | Etcetera Objections | A1, A2 |

### *Grounds for Judicial Notice*

*Legal Authority 1 ("A1"):* Among matters subject to judicial notice are those covered in Fed. R. Evid. 201(b), *i.e.*, any fact "not subject to reasonable dispute in that it is either (1) generally known within the jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." See Public Access to Court Electronic Records (PACER) website at http://www.pacer.gov/.

*Legal Authority 2 ("A2"):* As they qualify under the standard set forth under Rule 201, federal courts may take judicial notice of governmental websites. See, e.g., *Hawk Aircargo, Inc. v. Chao*, 418 F.3d 453, 457 (5th Cir. 2005) (taking judicial notice of approval by the National Mediation Board published on the agency's website); *Coleman v. Dretke*, 409 F.3d 665, 667 (5th Cir. 2005) (per curiam) (Fifth Circuit taking judicial notice of Texas agency's website); see also *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir. 2003) (taking judicial notice of information on official government website pursuant to Rule 201); see United States Patent and Trademark Office website at http://patft.uspto.gov/netahtml/PTO/srchnum.htm; see Texas Secretary of State website at http://direct.sos.state.tx.us/.

*Legal Authority 3 ("A3"):* "Judicial notice may be taken of proceedings in other courts and news articles if they have a bearing on the matters at issue." *Werner v. Werner*, 267 F.3d 288, 295 (3d Cir. 2001); *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979) ("scope and reach of the doctrine of

judicial notice has been enlarged over the years . . . [to] include[] those matters that are verifiable with certainty"); *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web.").

Dated:  February 21, 2011         Respectfully submitted,


                By: */s/ Scott D. Johannessen*
                    SCOTT D. JOHANNESSEN
                    TN BPRN 26767; CA SBN 128841
                    3200 West End Avenue, Suite 500
                    Nashville, TN 37203
                    Telephone:   877.863.5400
                    Facsimile:    877.863.5401
                    E-Mail:         scott@sdjnet.com

                    *Attorney for Etcetera, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 21, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF/PACER system. The Court will send notification of such filings to all CM/ECF participants, unless otherwise indicated as follows:

| Service on: | Service by: | Capacity: |
|---|---|---|
| Monica S. Blacker<br>Andrews Kurth LLP<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201<br>Telephone:  214.659.4400<br>Facsimile:  214.659.4401<br>E-Mail:  mblacker@akllp.com | ECF | Attorneys for Debtors |
| Mary Frances Durham<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496<br>Telephone:  214.767.1241<br>Facsimile:  214.767.8971<br>E-Mail:  maryfrances.durham@usdoj.gov | ECF | U.S. Trustee |
| Thomas V. Malorzo<br>P.O. Box 59283<br>Dallas, TX 75229<br>E-Mail:  patents@prodigy.net | ECF | Attorney for Thomas Stephens |
| Andrew Gould<br>Wick Phillips LLP<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201<br>E-Mail:  andrew.gould@wickphillips.com | E-Mail | Attorneys for Debtors |

*/s/ Scott D. Johannessen*
SCOTT D. JOHANNESSEN