UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-33373-BJH |
| | § | |
| BROADSTAR WIND SYSTEMS | § | Chapter 11 |
| GROUP LLC, et al., | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF APPEAL

Etcetera, LLC, a party in interest in the above named case, hereby appeals under 28 U.S.C. § 158(a) the Order of the bankruptcy judge entered herein on February 24, 2011, a true and correct copy of which is attached hereto and incorporated herein. The names of all parties to the aforementioned Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| BroadStar Wind Systems Group LLC<br>BroadStar Developments LP<br>BroadStar Developments Management LLC<br>BroadStar Wind Systems Management LLC<br>BroadStar Wind Systems LP | Monica S. Blacker<br>Andrews Kurth LLP<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201<br>Telephone:   214.659.4400<br>Facsimile:    214.659.4401<br>E-Mail:        mblacker@akllp.com |
| BroadStar Wind Systems Group LLC<br>BroadStar Developments LP<br>BroadStar Investment Company LLC | Andrew M. Gould<br>Wick Phillips LLP<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201<br>Telephone:   214.692.6200<br>Facsimile:    214.692.6255<br>E-Mail:        andrew.gould@wickphillips.com |
| Etcetera LLC | Scott D. Johannessen<br>Law Offices of Scott D. Johannessen<br>3200 West End Avenue, Suite 500<br>Nashville, TN 37203<br>Telephone:   877.863.5400<br>Facsimile:    877.863.5401<br>E-Mail:        scott@sdjnet.com |

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court.  The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the District Court.

Dated:  March 9, 2011                                            Respectfully submitted,

                By: */s/ Scott D. Johannessen*
                    SCOTT D. JOHANNESSEN
                    LAW OFFICES OF SCOTT D. JOHANNESSEN
                    TN BPRN 26767; CA SBN 128841
                    3200 West End Avenue, Suite 500
                    Nashville, TN 37203
                    Telephone:   877.863.5400
                    Facsimile:    877.863.5401
                    E-Mail:        scott@sdjnet.com

                    *Attorney for Etcetera, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF/PACER system. The Court will send notification of such filings to all CM/ECF participants, unless otherwise indicated below, as follows:

| Service on: | Service by: | Capacity: |
|---|---|---|
| Monica S. Blacker<br>Andrews Kurth LLP<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201<br>Telephone:  214.659.4400<br>Facsimile:  214.659.4401<br>E-Mail:  mblacker@akllp.com | ECF | Attorneys for Debtors:<br>BroadStar Wind Systems Group LLC, BroadStar Developments LP, BroadStar Developments Management LLC, BroadStar Wind Systems Management LLC, and BroadStar Wind Systems LP |
| Mary Frances Durham<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496<br>Telephone:  214.767.1241<br>Facsimile:  214.767.8971<br>E-Mail:  maryfrances.durham@usdoj.gov | ECF | U.S. Trustee |
| Thomas V. Malorzo<br>P.O. Box 59283<br>Dallas, TX 75229<br>E-Mail:  patents@prodigy.net | ECF | Attorney for:<br>Thomas Stephens and T.G. Stephens Capital, L.L.C. |
| Andrew M. Gould<br>Wick Phillips LLP<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201<br>E-Mail:  andrew.gould@wickphillips.com | E-Mail and First Class Mail | Attorneys for:<br>BroadStar Wind Systems Group LLC, BroadStar Developments LP, and BroadStar Investment Company LLC |

*/s/ Scott D. Johannessen*
SCOTT D. JOHANNESSEN