Jason S. Brookner
State Bar No. 24033684
Monica S. Blacker
State Bar No. 00796534
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:     (214) 659-4400
Facsimile:      (214) 659-4401

**ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BROADSTAR WIND SYSTEMS | § | Case No. 10-33373-11 |
| GROUP LLC, *et al.*, | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## AMENDED NOTICE HEARING ON DEBTORS' MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND THE LANDLORD PURSUANT TO BANKRUPTCY RULE 9019

**PLEASE TAKE NOTICE** that the hearing on Debtors' Motion for Order Approving the Compromise and Settlement Agreement Between the Debtors and the Landlord Pursuant to Bankruptcy Rule 9019 (the "Motion") (Docket No. 296) will take place on **Thursday, April 7, 2011, at 1:15 p.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Judge, 1100 Commerce St., 14th Floor, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that any written objection to the Motion, must be filed and served on counsel for the Debtor, at the address set forth below, on or before **Monday, April 4, 2011, at 5:00 p.m. CDT**.

Respectfully submitted this 14th day of March, 2011.

**AMENDED NOTICE OF HEARING**                                                                                           Page 1

DAL:795230.1

ANDREWS KURTH LLP

By: /s/Monica S. Blacker
    Jason S. Brookner
    Texas State Bar No. 24033684
    Monica S. Blacker
    Texas State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:    (214) 659-4400
Facsimile:    (214) 659-4401
Email:    jbrookner@akllp.com
        mblacker@akllp.com

**ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 14th day of March, 2011, she caused a true and correct copy of the foregoing document to be served on the parties receiving ECF notices in this case, and on the parties upon which the underlying Motion was filed via U.S. First Class Mail, postage prepaid.

    /s/Monica S. Blacker
    Monica S. Blacker